FILED
CLERK, U.S. DISTRICT COURT

JUL 28 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            Plaintiff, )<br>vs. )<br>Fernando Castillo-Cornejo )<br>            Defendant. ) | Case No.: 14-MJ-1492<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>Southern District of California</u> for alleged violation(s) of the terms and conditions of his/her [probation] [<u>supervised release</u>]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>an absence of bail resources; family ties to Mexico; drug abuse</u>

1 _and the nature of the current alleged violations._

4 and/or

5 B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _defendant's drug abuse history; prior criminal history; and the nature of the current alleged violations._

14 IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17 Dated: _July 28, 2014_

_Carla M. Woehrle_
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE